832 A.2d 315

IN THE MATTER OF WALTER M. STENHACH, AN ATTORNEY AT LAW (ATTORNEY NO. 008031981).

September 18, 2003.

## ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 03–136, concluding that as a matter of reciprocal discipline pursuant to *Rule* 1:20–14, **WALTER M. STENHACH** of **COUDERSPORT, PENNSYLVANIA**, who was admitted to the bar of this State in 1981, should be suspended from the practice of law for a period of nine months based on respondent's conviction in the Commonwealth of Pennsylvania of willful failure to file tax returns and remit Pennsylvania taxes (75 *P.S.* § 7353(c)), and good cause appearing;

It is ORDERED that **WALTER M. STENHACH** is suspended from the practice of law for a period of nine months and until the further Order of the Court, effective immediately; and it is further

ORDERED that respondent be restrained and enjoined from practicing law during the period of suspension and that respondent comply with *Rule* 1:20–20; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs incurred in the prosecution of this matter.